```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 24, 2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ROBERT WILLIAMS,

                    Plaintiff,

        -v-

CLASSIC SECURITY; S.L. GREEN REALTY,

                  Defendant.
------------------------------------------------------------ X

18-cv-1691 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

    It is hereby ordered that this <u>pro se</u> case is referred for mediation to the Court-annexed Mediation Program. The parties are hereby notified that Local Rule 83.9 and the Mediation Program Procedures shall govern the mediation. The parties are directed to participate in the mediation in good faith. **The mediation shall have no effect upon the Scheduling Order issued by this Court;** the mediation schedule shall proceed in parallel with the litigation schedule.

    SO ORDERED.

Dated:    New York, New York
             August 24, 2018

                                                        _____
                                                         KATHERINE B. FORREST
                                                         United States District Judge