

**Tannenbaum Helpern Syracuse & Hirschtritt** LLP

900 Third Avenue New York, NY 10022-4775
Tel: (212) 508-6700 | Fax: (212) 371-1084
www.thsh.com | @THSHLAW

**Andrew P. Yacyshyn**
(212) 508-6792
yacyshyn@thsh.com

September 17, 2018

**BY ECF & EMAIL**

The Honorable Katherine B. Forrest, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007
ForrestNYSDChambers@nysd.uscourts.gov

    Re:    Follow-Up on Letter Motion Dated September 11, 2018
            *Robert Williams v. Classic Security et al.*
            Case No.: 18-cv-1691-KBF

Dear Judge Forrest:

As you know, we represent Classic Security, LLC ("Classic"), a defendant in the above-referenced discrimination action.

Today, September 17, 2018, we called Your Honor's Chambers to inquire as to the status of our letter motion dated September 11, 2018 ("Letter Motion"), seeking an extension of time to respond to the Amended Complaint in light of Classic's acknowledgment and acceptance of service by mail from the U.S. Marshals Service. (ECF Doc. 14) We were informed, however, that Your Honor has recently retired from the bench.

As such, Classic's Letter Motion remains pending at this time as we await the assignment of a new judge to this case.

Respectfully submitted,

Andrew P. Yacyshyn

cc:    Robert Williams, *Pro Se*
       P.O. Box 246
       Bronx, NY 10467
       [BY U.S. MAIL]

[1079091-2]