**Tannenbaum Helpern
Syracuse & Hirschtritt** LLP

900 Third Avenue New York, NY 10022-4775
Tel: (212) 508-6700 | Fax: (212) 371-1084
www.thsh.com | @THSHLAW

**Andrew P. Yacyshyn**
(212) 508-6792
yacyshyn@thsh.com

September 11, 2018

**BY ECF & EMAIL**

The Honorable Katherine B. Forrest, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007
ForrestNYSDChambers@nysd.uscourts.gov

> Re:   Acknowledgment of Receipt of Service by Mail and
>        Request for Extension of Time to Respond to Amended Complaint
>        *Robert Williams v. Classic Security et al.*
>        Case No.: 18-cv-01691-KBF

Dear Judge Forrest:

As you know, we represent Classic Security, LLC ("Classic"), a defendant in the above-referenced discrimination action. On or about September 7, 2018, Classic received an Acknowledgment of Receipt of Summons and Complaint form ("Acknowledgment of Receipt"), from the U.S. Marshals Service. On September 11, 2018, Classic completed and mailed to the U.S. Marshals Service the enclosed Acknowledgment of Receipt.[1] We respectfully request that Classic's deadline to respond to the Amended Complaint be extended by 60 days from September 11, 2018, to November 12, 2018.

Although Classic was not previously served with either the Complaint or the Amended Complaint in this matter, Classic did request a prior extension of its time to respond to Plaintiff's Amended Complaint after Plaintiff filed it in this case. In Classic's prior request, Classic pointed out that it had not been properly served by Plaintiff and that it was requesting that the Court

---

[1] According to the Court's Standing Order, dated December 30, 2013, Extending the Time To Answer After United States Marshals Service Effects Service On A Defendant By Mail Under N.Y. C.P.L.R. § 312-a, a defendant who timely returns a completed, dated, and signed Acknowledgment Form to the U.S. Marshals Service will have 60 days from the date the defendant mails the completed Acknowledgment Form to the U.S. Marshals Service to file and serve an answer or motion in response to the complaint.

[1078724-3]

Honorable Katherine B. Forrest
September 11, 2018
Page 2 of 2

extend what its deadline to respond would have been if Plaintiff had properly served his
Amended Complaint when he filed it. The Court granted Classic's request at that time and set
Classic's deadline to respond to the Amended Complaint as September 17, 2018. As Classic is
now electing to waive the service requirement pursuant to the request provided by the U.S.
Marshals Service, Classic's deadline to respond to the Amended Complaint should be extended
to November 12, 2018.

Finally, we also respectfully request that the court-ordered mediation for this case be
scheduled for a date following Classic's new deadline to respond to the Amended Complaint on
November 12, 2018.

Thank you, Your Honor, for your consideration in this matter.

*SO ORDERED*

*USDJ (Part I)*

*9/17/18*

Respectfully submitted,

Andrew P. Yacyshyn

Enclosure

cc:    Robert Williams
       P.O. Box 246
       Bronx, NY 10467
       *Pro Se*
       [BY U.S. MAIL]

[1078724-3]