Robert Williams
P.O. Box 246
Bronx, NY 10467

U.S.D.J. Katherine Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007


September 17, 2018

**RE: *Robert Williams v. Classic Security et al.* 18 cv 1691**

Dear Honorable Judge Forrest,

The defendant raises a matter concerning a position that this court would lack jurisdiction due to improper service by the Plaintiff in this litigation. In their letter to the court dated September 11, 2018 they state "…. Classic pointed out that it had not been properly served by Plaintiff".

To prevent any other furtherance of this defense, Plaintiff did not serve the Complaint or the Amended Complaint to any of the two defendants and has no knowledge of how they received these complaints prior of service by the U.S. Marshals procedural manner of service of litigants who has been granted waiver of the court's filing fee.

The legal representation for Classic Security does not have any evidence that service was made by Plaintiff of improper service and has not offered how Plaintiff performed improper service. Also, since they have acknowledged proper service by U.S. Marshal they have waived any position of the courts lack of jurisdiction. Pursuant this information the matter of improper service must not be raised again by defendant.


Respectfully
*[signature]*
Robert Williams