**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Robert Williams | 18-cv-01691-KBF |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Classic Security et al | Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Classic Security
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
318 West 39th Street, New York, NY 10018.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

PRO SE: Robert Williams
P.O. Box 246
New York, NY 10467

Number of process to be served with this Form 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 212-805-0175
DATE: 8/27/18

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | P2 | 054 | 054 | | AUG 29 2018 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Andrew P. Yacyshyn - Attorney

Address (complete only different than shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 9/11/18
Time: ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $8.00 | | | $8.00 | | $8.00  $0.00 |

REMARKS: AUG 29 2018 Set up for mail service

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
18-1691-2

Form USM-285
Rev. 11/13



**Tannenbaum Helpern
Syracuse & Hirschtritt** LLP

900 Third Avenue New York, NY 10022-4775
Tel: (212) 508-6700 | Fax: (212) 371-1084
www.thsh.com | @THSHLAW

Andrew P. Yacyshyn
(212) 508-6792
yacyshyn@thsh.com

September 11, 2018

RECEIVED 2018 SEP 14 PM 12:37 U.S. MARSHALS SERVICE SOUTHERN NEW YORK

BY U.S. MAIL

United States Marshals Service
Southern District of New York
500 Pearl Street, Suite 400
New York, NY 10007
Attn: Becky Brill

Re:  Acknowledgment of Receipt of Service by Mail
     *Robert Williams v. Classic Security et al.*
     Case No.: 18-cv-1691-KBF

Dear Ms. Brill:

We represent Classic Security, LLC ("Classic"), a defendant in the above-referenced action. On behalf of Classic, please find enclosed an executed Acknowledgment of Receipt of Summons and Complaint form.

Kindly confirm receipt of the Acknowledgment via e-mail at yacyshyn@thsh.com.

Respectfully submitted,

Andrew P. Yacyshyn

Enclosure

[1078767-1]

CIVIL ACTION FILE NUMBER: <u>18 civ. 1691</u>

<u>Robert Williams</u> vs. <u>Classic Security: et al.</u>

**B.   ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT OR PETITION**

I received a summons and complaint. PLEASE CHECK ONE OF THE FOLLOWING;

IF 2 IS CHECKED, COMPLETE AS INDICATED:

    1. X   I am not in military service.

    2. ___   I am in military service, and my rank, serial number and branch of service are as follows:

Rank:_____
Serial Number:_____
Branch of Service:_____

TO BE COMPLETED REGARDLESS OF MILITARY STATUS:

Date: 9/11/18
(Date this acknowledgment is executed)

I affirm the above as true under penalty of perjury

_[signature]_
Signature

Andrew P. Yacyshyn
Print Name

Attorney for Classic Security, LLC
Relationship to Entity/Authority to Receive Service of Process (i.e., self, officer, attorney, etc.)

USMS OFFICIAL: BECKY BRILL