UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



ROBERT WILLIAMS,

               Plaintiff,

   -v-

CLASSIC SECURITY, *et al.*,

               Defendant.

No. 18-cv-1691 (RJS)
<u>ORDER</u>

<u>RICHARD J. SULLIVAN</u>, District Judge:

The above-entitled matter has been reassigned to my docket.  Per the Court's September 18, 2018 Order, Defendant Classic Security's answer is due on November 12, 2018.  Accordingly, IT IS HEREBY ORDERED THAT the parties shall appear for an initial conference on Friday, November 30, 2018 at 12:00 p.m. in Courtroom 905 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

IT IS FURTHER ORDERED THAT, by Thursday, November 22, 2018, the parties shall jointly submit a letter, not to exceed five (5) pages, providing the following information in separate paragraphs:

    (1)    A brief statement of the nature of the action and the principal defenses thereto;

    (2)    A brief explanation of why jurisdiction and venue lie in this Court;

    (3)    A brief description of all outstanding motions and/or outstanding requests to file motions;

(4)    A brief description of any discovery that has already taken place, and that which will be necessary for the parties to engage in meaningful settlement negotiations;

(5)    A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;

(6)    The estimated length of trial; and

(7)    Any other information that the parties believe may assist this Court in resolving this action.

IT IS FURTHER ORDERED THAT, by Thursday, November 22, 2018, the parties shall submit to the Court a proposed case management plan and scheduling order. A template for the order is available at: http://www.nysd.uscourts.gov/judge/Sullivan.

The status letter and the proposed case management plan should be filed on ECF and emailed to my chambers at the following address: sullivanNYSDchambers@nysd.uscourts.gov. Please consult my Individual Rules with respect to communications with chambers and related matters.

Plaintiff shall serve Defendant with a copy of this Order and file a certificate of service on ECF indicating that this service was effectuated. Defendant shall thereafter file a notice of appearance through ECF.

SO ORDERED.

Dated:        September 21, 2018
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE