UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT WILLIAMS,

                          Plaintiff,

     -v-

CLASSIC SECURITY, *et al.*,

                          Defendant.

---

9/27/18

No. 18-cv-1691 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

Judge Forrest, to whom this case was previously assigned, issued a mediation referral order in this case on August 24, 2018.  (Doc. No. 11.)   On September 20, 2018, this case was reassigned to my docket. Because this is a pro se case, IT IS HEREBY ORDERED that the Clerk of Court shall attempt to locate pro bono counsel to represent Plaintiff at the mediation.  Pro bono counsel will contact Plaintiff directly.  The time to assign a mediator under Local Rule 83.9 and the Court's Mediation Program Procedures will be deferred until pro bono counsel has filed a Notice of Limited Appearance of Pro Bono Counsel.  Pro bono counsel will represent Plaintiff solely for purposes of the mediation, and that representation will terminate at the conclusion of the mediation process.  IT IS FURTHER ORDERED that any objection by Plaintiff to either the mediation or to the Court's request for pro bono counsel to represent Plaintiff in the mediation must be filed within 14 days of this order.  The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:     September 27, 2018
           New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE