UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
ROBERT WILLIAMS,                                                    :
                                                                    :   Case No. 1:18-cv-01691-RJS-HBP
                          Plaintiff,                                :
                                                                    :
       -against-                                                    :   NOTICE OF LIMITED
                                                                    :   APPEARANCE OF
CLASSIC SECURITY, *et. ano.*,                                       :   *PRO BONO* COUNSEL
                                                                    :
                          Defendant.                                :
------------------------------------------------------------------- X

To the Clerk of this Court and all parties of record:

    Please enter our appearances as *pro bono* counsel in this case on behalf of Plaintiff Robert Williams for the limited purpose of mediation.

    The undersigned certify that we are admitted to practice before this Court.

Dated: Newark, New Jersey
       October 22, 2018

        /s  Alan Serrins
           Alan Serrins
           alan.serrins@shu.edu

        /s Lucinda J. McLaughlin
           Lucinda J. McLaughlin
           lucinda.mclaughlin@shu.edu

        /s Christopher M. Kwok
           Christopher M. Kwok
           christopher.kwok@shu.edu

        /s  David M. White
           David M. White
           david.white@shu.edu

        **SETON HALL UNIVERSITY**
        **SCHOOL OF LAW**
        **CONFLICT MANAGEMENT PROGRAM**
        One Newark Center, Room 429
        Newark, New Jersey 07102
        973.642.8084 [Office]