UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ROBERT WILLIAMS,                                             :
                                                             :
              Plaintiff,                         :  Case No.: 18-cv-1691 (JPO)
                                                             :
              v.                                 :  **NOTICE OF APPEARANCE**
                                                             :
CLASSIC SECURITY,                                            :
S.L. GREEN REALTY,                                           :
                                                             :
              Defendants.                        :
------------------------------------------------------------ X

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE, that Andrew W. Singer of Tannenbaum Helpern Syracuse & Hirschtritt LLP hereby appears in the above-entitled action as an attorney for defendant Classic Security, LLC, and hereby demands that all papers and notices of all proceedings in said action be served upon the undersigned at the office and post office address listed below.

Dated:  New York, New York
           October 29, 2018

                                       TANNENBAUM HELPERN
                                       SYRACUSE & HIRSCHTRITT LLP

                                       By:   */s/ Andrew W. Singer*
                                               Andrew W. Singer

                                       900 Third Avenue
                                       New York, NY 10022
                                       Telephone: (212) 508-6723
                                       Facsimile: (212) 371-1084
                                       singer@thsh.com
                                       *Attorneys for Defendant Classic Security, LLC*

To:    All parties and attorneys of record