UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ROBERT WILLIAMS,                                              :
                                                              :
          Plaintiff,                                    :  Case No.: 18-cv-1691 (JPO)
                                                              :
          v.                                            :  **NOTICE OF MOTION TO**
                                                              :  **DISMISS PURSUANT TO**
CLASSIC SECURITY,                                             :  **FED. R. CIV. P. 12(b)(6)**
S.L. GREEN REALTY,                                            :
                                                              :
          Defendants.                                   :
-------------------------------------------------------------- X

    **PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law in Support of Defendant Classic Security, LLC's ("Classic") Motion to Dismiss the Amended Complaint, the Declaration of Andrew W. Singer, Esq., sworn to on November 9, 2018, and the exhibit attached thereto, Classic will move this Court at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York, 10007, before the Honorable J. Paul Oetken, United States District Judge, at a time and date to be designated by the Court, for an order: (i) granting Classic's Motion to Dismiss Plaintiff's Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), with prejudice and without leave to amend, on the grounds that Plaintiff's allegations fail to state a claim for which relief may be granted; and (ii) for such other and further relief as this Court may deem just and proper.

    **PLEASE TAKE FURTHER NOTICE** that pursuant to Rule 7 of the Individual Rules of Practice in Civil Pro Se Cases of United States District Judge J. Paul Oetken, unless otherwise ordered by the Court, papers filed in opposition to the motion must be served and filed within four (4) weeks of service of the motion papers, and reply papers, if any, must be served and filed within two (2) weeks of service of opposition papers.

Dated: New York, New York
November 9, 2018

            TANNENBAUM HELPERN
            SYRACUSE & HIRSCHTRITT LLP


            By: _/s/ Andrew W. Singer_____
              Andrew W. Singer
              Andrew P. Yacyshyn

            900 Third Avenue
            New York, NY 10022
            Telephone: (212) 508-6700
            Facsimile: (212) 371-1084
            singer@thsh.com
            yacyshyn@thsh.com

            *Attorneys for Defendant Classic Security, LLC*


To: Robert Williams
   P.O. Box 246
   Bronx, NY 10467
   [BY ECF AND FIRST CLASS MAIL]

   *Plaintiff Pro Se*