## AFFIDAVIT OF SERVICE BY U.S. FIRST CLASS MAIL

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

**Gladys I. Perez**, being duly sworn, deposes and says:

1.   I am not a party to this matter, am over eighteen years of age and reside in West New York, New Jersey.

2.   On November 9, 2018, I personally served via First Class Mail the **COPIES OF ALL CASES AND OTHER AUTHORITIES CITED IN CLASSIC'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS, NOTICE OF MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(B)(6) (ECF Doc. No. 26), MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT CLASSIC SECURITY, LLC'S MOTION TO DISMISS THE AMENDED COMPLAINT (ECF Doc. No. 27), DECLARATION OF ANDREW W. SINGER IN SUPPORT OF DEFENDANT CLASSIC SECURITY, LLC'S MOTION TO DISMISS THE AMENDED COMPLAINT (ECF Doc. No. 28), and NOTICE TO PRO SE LITIGANT WHO OPPOSES A RULE 12 MOTION SUPPORTED BY MATTERS OUTSIDE THE PLEADINGS PURSUANT TO LOCAL CIVL RULE 12.1 (ECF Doc. No. 29)** by depositing and leaving a true copy thereof in a postpaid wrapper under the exclusive care and custody of the united states postal service within New York State upon:

Robert Williams
P.O. Box 246
Bronx, NY 10467

_____
Gladys I. Perez

Sworn to before me this
14th day of November, 2018

_____
Notary Public

ALEXANDRA KAMENETSKY SHEA
Notary Public, State of New York
No. 02SH6365167
Qualified in New York County
Commission Expires 10/02/2021