UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ROBERT WILLIAMS,                                             :
                                                             :
         Plaintiff,                                 : Case No.: 18-cv-1691 (JPO)
                                                             :
         v.                                          : **DEFENDANT CLASSIC SECURITY,**
                                                             : **LLC'S RULE 7.1 CORPORATE**
CLASSIC SECURITY,                                            : **DISCLOSURE STATEMENT**
S.L. GREEN REALTY,                                           :
                                                             :
         Defendants.                                 :
------------------------------------------------------------ X

       Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Classic Security, LLC ("Classic"), which is a private non-governmental party, by and through its attorneys, hereby identifies its parent corporations and any publicly held corporation owning 10% or more of its stock as follows: Classic has no parent corporation and there is no publicly held corporation that owns 10% or more of Classic.

Dated:  New York, New York
         November 19, 2018

                                      **TANNENBAUM HELPERN**
                                      **SYRACUSE & HIRSCHTRITT LLP**

                                      By:  */s/ Andrew P. Yacyshyn*
                                              Andrew P. Yacyshyn
                                              Andrew W. Singer
                                      900 Third Avenue
                                     New York, NY 10022
                                     Telephone:  (212) 508-6700
                                     Facsimile:  (212) 371-1084
                                     yacyshyn@thsh.com
                                     singer@thsh.com
                                     *Attorneys for Defendant Classic Security, LLC*

To:    Robert Williams, *Plaintiff Pro Se*
        P.O. Box 246
        Bronx, NY 10467
        [BY ECF AND U.S. MAIL]