## AFFIDAVIT OF SERVICE BY U.S. FIRST CLASS MAIL

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

**Gladys I. Perez**, being duly sworn, deposes and says:

1. I am not a party to this matter, am over eighteen years of age and reside in West New York, New Jersey.

2. On November 19, 2018, I personally served via First Class Mail the **DEFENDANT CLASSIC SECURITY, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT (ECF Doc. No. 31)** by depositing and leaving a true copy thereof in a postpaid wrapper under the exclusive care and custody of the United States postal service within New York State upon:

> Robert Williams
> P.O. Box 246
> Bronx, NY 10467

_____
Gladys I. Perez

Sworn to before me this
20th day of November, 2018

_____
Notary Public

ALEXANDRA KAMENETSKY SHEA
Notary Public, State of New York
No. 02SH6365167
Qualified in New York County
Commission Expires 10/02/2021