

900 Third Avenue, New York, NY 10022
Tel: (212) 508-6700 | Fax: (212) 371-1084
www.thsh.com | @THSHLAW

**Andrew P. Yacyshyn**
Direct Dial: (212) 508-6792
yacyshyn@thsh.com

December 7, 2018

**BY ECF**

The Honorable J. Paul Oetken, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2101
New York, New York 10007

      Re:    Service of Motion to Dismiss Papers
               *Robert Williams v. Classic Security et al.*
               Case No.: 18-cv-01691-JPO

Dear Judge Oetken:

      As you know, we represent Classic Security, LLC ("Classic"), a defendant in the above-referenced action.

      On November 9, 2018, we filed a motion to dismiss the amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) via ECF (*see* Motion to Dismiss Papers, ECF Doc. Nos. 26-29), and, in accordance with Rule 4 of Your Honor's Individual Rules of Practice in Civil Pro Se Cases, we served a hard copy of all motion papers associated with Classic's motion to dismiss on Plaintiff by first class mail to P.O. Box 246, Bronx, NY 10467 (*see* Affidavit of Service, ECF Doc. No. 30).

      We are writing to notify the Court that the motion papers we served on Plaintiff were "Returned to Sender" and sent back to our office. Today, I contacted Plaintiff by telephone to discuss this issue, and Plaintiff advised that the package may have been too large for the P.O. Box. We agreed that our firm would resend the motion papers to Plaintiff's address listed herein and that Plaintiff would contact the post office to notify them that he is expecting our package. We also agreed to send a copy of the motion papers to Plaintiff by email at robteach2008@yahoo.com.

[1085137-1]

Honorable J. Paul Oetken
December 7, 2018
Page 2 of 2

Thank you, Your Honor, for your consideration in this matter.

                    Respectfully submitted,

                    */s/ Andrew P. Yacyshyn*

                    Andrew P. Yacyshyn

cc:    Robert Williams
        P.O. Box 246
        Bronx, NY 10467
        robteach2008@yahoo.com
        *Plaintiff Pro Se*
        [BY EMAIL & U.S. MAIL]

[1085137-1]