UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ROBERT WILLIAMS,           :
                           :
                Plaintiff,    :   Case No.: 18-cv-1691 (JPO)
                           :
            v.             :   **AFFIRMATION OF SERVICE**
                           :
CLASSIC SECURITY,          :
S.L. GREEN REALTY,         :
                           :
                Defendants.   :
------------------------------------------------------------ X

I, Andrew P. Yacyshyn, declare under penalty of perjury that on December 7, 2018, I served a true copy of the letter to Judge J. Paul Oetken dated December 7, 2018 re: Classic's Motion to Dismiss Papers Returned to Sender (ECF Doc. No. 33), upon:

    Mr. Robert M. Williams
    P.O. Box 246
    Bronx, NY 10467
    robteach2008@yahoo.com
    *Plaintiff Pro Se*

by (1) depositing and leaving a true copy thereof in a postpaid wrapper under the exclusive care and custody of the United States Postal Service within New York State, addressed to the address set forth above; and (2) email to the address set forth above.

Dated: New York, New York
December 7, 2018

                              TANNENBAUM HELPERN
                              SYRACUSE & HIRSCHTRITT LLP

                              By: _____
                                   Andrew P. Yacyshyn

                              900 Third Avenue
                              New York, NY 10022
                              Telephone: (212) 508-6792
                              Facsimile: (212) 371-1084
                              yacyshyn@thsh.com
                              *Attorneys for Defendant Classic Security, LLC*