UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ROBERT WILLIAMS,  :
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Plaintiff,  : Case No.: 18-cv-1691 (JPO)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　v.  : **AFFIRMATION OF SERVICE**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
CLASSIC SECURITY,  :
S.L. GREEN REALTY,  :
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Defendants.  :
-------------------------------------------------------------- X

I, Andrew P. Yacyshyn, declare under penalty of perjury that on December 7, 2018, I served a true copy of Defendant Classic Security, LLC's ("Classic") motion papers in connection with Classic's motion to dismiss the amended complaint, including the **COPIES OF ALL CASES AND OTHER AUTHORITIES CITED IN CLASSIC'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS, NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6) (ECF Doc. No. 26), MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT CLASSIC SECURITY, LLC'S MOTION TO DISMISS THE AMENDED COMPLAINT (ECF Doc. No. 27), DECLARATION OF ANDREW W. SINGER IN SUPPORT OF DEFENDANT CLASSIC SECURITY, LLC'S MOTION TO DISMISS THE AMENDED COMPLAINT (ECF Doc. No. 28), and NOTICE TO PRO SE LITIGANT WHO OPPOSES A RULE 12 MOTION SUPPORTED BY MATTERS OUTSIDE THE PLEADINGS PURSUANT TO LOCAL CIVIL RULE 12.1 (ECF Doc. No. 29)**, upon:

　　　　Mr. Robert M. Williams
　　　　P.O. Box 246
　　　　Bronx, NY 10467
　　　　robteach2008@yahoo.com
　　　　*Plaintiff Pro Se*

by (1) depositing and leaving a true copy thereof in a postpaid wrapper under the exclusive care and custody of the United States Postal Service within New York State, addressed to the address set forth above; and (2) email to the address set forth above.

Dated: New York, New York
December 7, 2018

                                       TANNENBAUM HELPERN
                                       SYRACUSE & HIRSCHTRITT LLP

                                       By: _____
                                               Andrew P. Yacyshyn

                                       900 Third Avenue
                                       New York, NY 10022
                                       Telephone: (212) 508-6792
                                       Facsimile: (212) 371-1084
                                       yacyshyn@thsh.com
                                       *Attorneys for Defendant Classic Security, LLC*