Robert Williams
P.O. Box 246
Bronx, NY 10467

U.S.D.J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

December 11, 2018

**RE: Robert Williams v. Classic Security et al. Docket # 18-cv-1691(JPO)**

Dear Honor,

The court has been notified by defendant of the circumstances surrounding the matter of their papers filed to move this court to dismiss this action, which they have that right to do so.

Moreover, since the Amended Complaint lacks no pleading requirements it demands a full investigation. In other words, their right to file does not offset plaintiff's rights. Among other things, the plaintiff will oppose this motion under judicial protection, juridical personality and civil rights which domestic and human rights requires this type of cause of action(s) to be processed in accordance to the rule of law.

The plaintiff in this matter is asking permission for more time to respond and file oppositional papers in this matter. Usually one must respond within 30 days however, due to the time of year and other personal matters oppositional papers would be filed no later than February 25, 2019.

Thank you for your understanding.

Respect

Robert Williams