UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT WILLIAMS,

                            Plaintiff,

            -v -

CLASSIC SECURITY, ET AL.,

                          Defendant.

18-CV-1691 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

       The Court has received Plaintiff Robert Williams's letter motion for an extension of time in which to file an opposition to Defendant Classic Security's motion to dismiss at Docket Number 26. (Dkt. No. 36.) Plaintiff Robert Williams's request for such an extension is GRANTED. Plaintiff Robert Williams shall file an opposition to Defendant Classic Security's motion to dismiss on or before February 25, 2019.

       SO ORDERED.

Dated: December 18, 2018
       New York, New York

                                            _____
                                               J. PAUL OETKEN
                                              United States District Judge

*COPY MAILED TO PRO SE PARTY BY CHAMBERS*