UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
ROBERT WILLIAMS,

                Plaintiff,         Case No.: 18-cv-1691 (JPO)

            v.                        **AFFIRMATION OF SERVICE**

CLASSIC SECURITY,
S.L. GREEN REALTY,

                Defendants.
------------------------------------------------------------- X

I, Andrew P. Yacyshyn, declare under penalty of perjury that on March 11, 2019, I served a true copy of Defendant Classic Security, LLC's ("Classic") Reply Memorandum of Law in Further Support of its Motion to Dismiss the Amended Complaint (ECF Doc. No. 39) and Copies of all Cases and Other Authorities Cited in Classic's Reply Memorandum of Law in Further Support of its Motion to Dismiss Pursuant to Local Civil Rule 7.2, upon:

    Mr. Robert M. Williams
    P.O. Box 246
    Bronx, NY 10467
    robteach2008@yahoo.com
    *Plaintiff Pro Se*

by (1) depositing and leaving a true copy thereof in a postpaid wrapper under the exclusive care and custody of the United States Postal Service within New York State, addressed to the address set forth above; and (2) email to the address set forth above.

- 2 -

Dated: New York, New York
March 11, 2019

                                  TANNENBAUM HELPERN
                                SYRACUSE & HIRSCHTRITT LLP

                                By: _____
                                    Andrew P. Yacyshyn

                                900 Third Avenue
                                New York, NY 10022
                                Telephone: (212) 508-6792
                                Facsimile: (212) 371-1084
                                yacyshyn@thsh.com
                                *Attorneys for Defendant Classic Security, LLC*