UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT WILLIAMS,

                   Plaintiff,

          -v -

CLASSIC SECURITY, ET AL.,

                  Defendant.

18-CV-1691 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Because Plaintiff Robert Williams has declined to replead, the Clerk of Court is directed to close this case.

    SO ORDERED.

Dated: August 19, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge

*COPY MAILED TO PRO SE PARTY BY CHAMBERS*